ACCEPTED
01-14-00370-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 1:06:21 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00370-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 1:06:21 PM
CHRISTOPHER A. PRINE
Clerk

## REPUBLIC PETROLEUM, L.L.C. AND
## REPUBLIC PETROLEUM PARTNERS, L.P.
### *APPELLANTS*

## V.

## DYNAMIC OFFSHORE RESOURCES NS, L.L.C.
## AND W&T OFFSHORE, INC.
### *APPELLEES*

On Appeal from the 270th Judicial District Court
Harris County, Texas, the Honorable Brent Gamble presiding
Trial Court Cause No. 2010-80561

## APPELLEES/CROSS-APPELLANTS'
## JOINT OBJECTION TO MEDIATION

KENNETH H. LABORDE
Texas State Bar No. 11786070
klaborde@glllaw.com
DANIEL G. RAUH
Louisiana State Bar No. 27280 (*PHV*)
drauh@glllaw.com
CHARLOTTE A. FIELDS
Texas State Bar No. 24032175
cfields@glllaw.com
Gieger, Laborde & Laperouse,
1177 West Loop South, Suite 750
Houston, Texas 77027
Telephone: (832) 255-6000

Facsimile: (832) 255-6001

COUNSEL FOR APPELLEE/
CROSS-APPELLANT
DYNAMIC OFFSHORE RESOURCES NS,
L.L.C.

*- AND-*

Bradley L. DeLuca
Texas Bar No. 05653800
bdeluca@jdkglaw.com
Brigid D. Ashcraft
Texas Bar No. 09193167
bashcraft@jdkglaw.com
JOHNSON DELUCA KURISKY & GOULD, P.C.
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 – Telephone
(713) 652-5130 – Facsimile

COUNSEL FOR APPELLEE/
CROSS-APPELLANT W&T OFFSHORE
INC., successor by merger of OFFSHORE
SHELF

2

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellees/Cross-Appellants Dynamic Offshore Resources NS, L.L.C. and W&T Offshore, Inc. object to the referral to mediation of this case and file this objection pursuant to TEX. CIV. PRAC. & REM. CODE § 154.022(b). A reasonable basis exists to object to the referral as the case has been unsuccessfully mediated on three prior occasions—April 27, 2011, January 8, 2013, and November 26, 2013. Appellees/Cross-Appellants Dynamic Offshore Resources NS, L.L.C. and W&T Offshore, Inc. contend that a fourth mediation would not be productive and would instead impose unnecessary additional expense on the parties.

For these reasons, Appellees/Cross-Appellants Dynamic Offshore Resources NS, L.L.C. and W&T Offshore, Inc. respectfully request that their objection to the Court's Referral to Mediation be sustained, and for any other relief to which they may be justly entitled.

Respectfully submitted,

KENNETH H. LABORDE
Texas State Bar No. 11786070
klaborde@glllaw.com
DANIEL G. RAUH
Louisiana State Bar No. 27280 (*PHV*)
drauh@glllaw.com
CHARLOTTE A. FIELDS
Texas State Bar No. 24032175
cfields@glllaw.com
Gieger, Laborde & Laperouse,
1177 West Loop South, Suite 750

3

Houston, Texas 77027
Telephone: (832) 255-6000
Facsimile: (832) 255-6001

COUNSEL FOR APPELLEE/
CROSS-APPELLANT
DYNAMIC OFFSHORE RESOURCES NS,
L.L.C.

- *AND-*

Bradley L. DeLuca
Texas Bar No. 05653800
bdeluca@jdkglaw.com
Brigid D. Ashcraft
Texas Bar No. 09193167
bashcraft@jdkglaw.com
JOHNSON DELUCA KURISKY & GOULD, P.C.
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 – Telephone
(713) 652-5130 – Facsimile

COUNSEL FOR APPELLEE/
CROSS-APPELLANT W&T OFFSHORE
INC., successor by merger of OFFSHORE
SHELF

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2015, a true and correct copy of the foregoing instrument was served on the following counsel of record via e-filing and e-mail in accordance with TEX. R. APP. P. 9.5(e).

K. B. Battaglini
John G. Bissell
Strong Pipkin Bissell & Ledyard, L.L.P.
4900 Woodway Drive, Suite 1200
Houston, Texas 77056
    *COUNSEL FOR APPELLANTS REPUBLIC PETROLEUM, L.L.C. AND REPUBLIC PETROLEUM PARTNERS, L.P.*

Bradley L. DeLuca
Brigid D. Ashcraft
Johnson, DeLuca, Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
    *COUNSEL FOR APPELLEE W&T OFFSHORE, INC.*

_____
Charlotte A. Fields